## City of Chicago, Defendant in Error, v. John D. Rowe, Plaintiff in Error.

### Gen. No. 19,472.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. HUGH R. STEWART, Judge, presiding. Heard in this court at the October term, 1913. Affirmed. Opinion filed May 25, 1914.

### Statement of the Case.

Action by the City of Chicago against John D. Rowe to recover a penalty for a violation of an ordinance of the City of Chicago in relation to disorderly conduct. To reverse a judgment in favor of the City for one dollar and costs, defendant prosecutes a writ of error.

J. S. McCLURE, for plaintiff in error.

WILLIAM H. SEXTON and JAMES S. McINERNEY, for defendant in error; ALBERT J. W. APPELL, of counsel.

MR. PRESIDING JUSTICE BAKER delivered the opinion of the court.

### Abstract of the Decision.

1. MUNICIPAL CORPORATIONS, § 865*—*when instruction on degree of proof to establish violation of ordinance proper.* In an action to recover a penalty for violation of a city ordinance, an instruction telling the jury that in arriving at their verdict before they could find the defendant guilty they must do so by a clear preponderance of the evidence, *held* not improper.

2. PENALTIES, § 14*—*degree of proof in suit to recover.* In actions to recover a penalty for the violation of an ordinance or statute there must be more than a mere preponderance of the evidence, but it is not necessary that the evidence should establish the violation beyond a reasonable doubt. To warrant a verdict for the plaintiff there must be a clear preponderance of the evidence in favor of the plaintiff.

*See Illinois Notes Digest, Vols XI to XV, and Cumulative Quarterly, same topic and section number.